ACCEPTED
01-15-00664-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/5/2015 10:18:59 AM
CHRISTOPHER PRINE
CLERK

Filed: 8/3/2015 8:28:59 AM
JOHN D. KINARD - District Clerk
Galveston County, Texas
Envelope No. 6321577
By: Ann Vaughn
8/3/2015 9:27:01 AM

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/5/2015 10:18:59 AM
CHRISTOPHER A. PRINE
Clerk

Cause No. 10-CV-2353

| | | |
|---|---|---|
| Building Galveston, Inc., | § | In the District Court |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Galveston County, Texas |
| | § | |
| Lyon Construction Services, *et al.*, | § | |
| | § | |
| Defendants. | § | 405th Judicial District |

## NOTICE OF APPEAL

Ted B. Lyon, III desires to appeal the final judgment the Court signed on May 19, 2015 (Hon. Michelle M. Slaughter, presiding) as well as any amended, modified, corrected or reformed (or purported nunc pro tunc) final judgment the Court may later sign. Tex. R. App. P. 25.1(a), 27.3. The party appealing is Ted B. Lyon, III. This appeal is taken to the First or Fourteenth Court of Appeals. Tex. R. App. P. 25.1(d).

(The required court of appeals docketing statement will be filed once the district clerk's office has sent a copy of this notice to — and it is filed with — the appropriate court of appeals. Tex. R. App. P. 25.1(f), 32.1.)

Respectfully submitted,

TED B. LYON & ASSOCIATES, P.C.

_____
Ben Taylor
State Bar No. 19684500
btaylor@tedlyon.com
Josh Birmingham
State Bar No. 24059329
jbirmingham@tedlyon.com
18601 LBJ Freeway, Suite 525

-1-

Mesquite, Texas 75150-5632
Telephone: 972-279-6571
Facsimile: 972-279-3021

CRISS & ROUSSEAU LAW FIRM L.L.P.

Susan E. Criss
State Bar No. 06630475
susan.criss@crissrousseau.com
PO Box 17046
Galveston, TX 77552
Telephone: 409-515-6176
Facsimile: 409-763-1508

ATTORNEYS FOR DEFENDANTS

CERTIFICATE OF SERVICE

I certify that a copy of this notice has been served upon plaintiff's counsel of record via e-file and e-mail (and copies have also been sent to the court reporters via e-mail) on this the **3rd** day of August, 2015.

Scott Lyford (slyford@millsshirley.com)
[Chris Garcia no longer with Mills Shirley firm (per Scott Lyford 7-13-2015)]
Cylena Korkmas (cylena.korkmas@co.galveston.tx.us)
(official reporter, 405th district court, Galveston County)
Delicia Struss (dbstruss@gmail.com)
(former official reporter, recorded the original jury trial in November 2013)

By: _____
Ben Taylor